**Fred J. MARTIN, Appellant,**

v.

**Ruby P. MARTIN, Appellee.**

Court of Appeals of Kentucky.

Jan. 11, 1974.

Rehearing Denied April 12, 1974.

Rodney A. Miller, Fulton, for appellant.

L. M. Tipton Reed, Mayfield, John C. Bondurant, Hickman, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

■

**Alvin HUBBARD, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Jan. 18, 1974.

Rehearing Denied April 12, 1974.

David E. Murrell, Deputy Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., John M. Famularo, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

■

**Robert HELTZEL, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Feb. 1, 1974.

Rehearing Denied April 12, 1974.

Anthony M. Wilhoit, Public Defender, J. Vincent Aprile, II, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., John M. Famularo, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner VANCE, Affirming.*

■

**Cletis D. STACY, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Feb. 15, 1974.

Paul Isaacs, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Kenneth A. Howe, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice PALMORE, Affirming.*

* Opinion ordered not to be published.